IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANGELA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-026 |
| | ) | |
| ARTHUR SLATER; BEEMAC, INC.; and | ) | |
| JOHN DOE 1 THROUGH 13, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the State Court of Richmond County, State of Georgia, case number 2024RCSC01434, for lack of subject-matter jurisdiction, **DENIES AS MOOT** the parties' request to transfer this case to the Middle District of Georgia, (doc. no. 12), and **CLOSES** this civil action.

SO ORDERED this 24th day of March, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA