# United States District Court
## Southern District of Georgia

ANGELA BROWN,

              Plaintiff,

v.

ARTFIUR SLATER; BEEMAC, INC.; and
JOHN DOE 1 THROUGH 13,

              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV125-026

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 24, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as it's opinion, denies as moot the parties' request to transfer this case to the Middle District of Georgia, and remands this case to the State Court of Richmond County. This case stands closed.

3/24/2025  
Date



John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk